ALTO LITIGATION, PC
Daniel Sakaguchi (Bar No. 222722)
daniel@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Defendants
UNITED INDUSTRIES CORPORATION,
LIQUID FENCE COMPANY,
SPECTRUM BRANDS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTRICH CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED INDUSTRIES CORPORATION, a Delaware corporation; LIQUID FENCE COMPANY, a Delaware corporation; SPECTRUM BRANDS HOLDINGS, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-cv-06211-DDP (PLA)<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER OUT OF TIME**<br><br>Judge: Hon. Dean D. Pregerson |

Defendants United Industries Corporation, Liquid Fence Company, and Spectrum Brands Holdings, Inc. (collectively, "Defendants") respectfully request leave to file their Amended Answer out of time. Counsel for Defendants conferred with counsel for Plaintiff Kittrich Corporation, and Plaintiff does not oppose this Motion.

In support of their Motion, Defendants state:

1. On November 3, 2017, Plaintiff filed its First Amended Complaint in this litigation. *See* Doc. 56.

2.      On November 22, 2017, Defendants filed their Answer to Plaintiff's First Amended Complaint.  Doc. 60.  On the same day, Defendants also filed a Motion to Dismiss Counts II, III, IV, V, and VI of the First Amended Complaint.  Doc. 59.

3.      Defendants responded to certain allegations in the First Amended Complaint that were related to the subject matter of their concurrently-filed Motion to Dismiss in view of the pending Motion.  *See, e.g.*, Doc. 60 at ¶¶ 26-41, 134-142, and 158-163.

4.      The Court issued its Order on Defendants' Motion to Dismiss on November 15, 2018, granting in part and denying in part Defendants' Motion.  Doc. 90.  The Order dismissed with prejudice Plaintiff's copyright claims, but denied Defendants' Motion with respect to Plaintiff's trade dress claims.

5.      Because the Court partially denied Defendant's Motion and did not set a different time for Defendants to amend their Answer to Plaintiff's First Amended Complaint, Defendants had 14 days to serve their Amended Answer.  Fed. R. Civ. P. 12(a)(4).  This deadline was November 29, 2018.

6.      On December 20, it came to Defendants' counsel's attention that an Amended Answer was not filed following the Court's Order on the Motion to Dismiss.

7.      Counsel for Defendant contacted counsel for Plaintiff regarding Defendants' intent to file a motion for leave to file its Amended Answer out of time.  Plaintiff indicated it does not oppose this motion.

8.      None of the parties will be prejudiced by Defendants' filing of their Amended Answer out of time.

9.      Attached hereto is a redlined version of Defendants' proposed Amended Answer that indicates the requested amendments.  A clean version of Defendants' proposed Amended Answer is also attached.

//

WHEREFORE, Defendants request that the Court grant this Motion for Leave to File Their Amended Answer Out of Time.

Dated: December 21, 2018

ALTO LITIGATION, PC


By: /s/ Daniel Sakaguchi
Daniel Sakaguchi

Attorney for Defendants
UNITED INDUSTRIES
CORPORATION, LIQUID
FENCE COMPANY,
SPECTRUM BRANDS
HOLDINGS, INC.