ALTO LITIGATION, PC
  Daniel Sakaguchi (Bar No. 222722)
  daniel@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Defendants
UNITED INDUSTRIES CORPORATION,
LIQUID FENCE COMPANY,
SPECTRUM BRANDS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTRICH CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED INDUSTRIES CORPORATION, a Delaware corporation; LIQUID FENCE COMPANY, a Delaware corporation; SPECTRUM BRANDS HOLDINGS, INC., a Delaware corporation,<br><br>    Defendants. | Case No.: 2:17-cv-06211-DDP (PLA)<br><br>**AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Jury Trial Demanded** |

Defendants United Industries Corporation ("United Industries"), Liquid Fence Company ("Liquid Fence"), and Spectrum Brands Holdings, Inc. ("Spectrum Holdings") (collectively, "Defendants") hereby answer and assert affirmative defenses to Plaintiff Kittrich Corporation's ("Plaintiff" or "Kittrich") First Amended Complaint ("FAC").

1. Defendants admit that this Complaint purports to be an action for permanent injunctive relief and damages for trademark infringement, trade dress infringement, reverse confusion, unfair competition, passing off and false designation of origin. Defendants deny the remaining allegations of Paragraph 1.

2. Defendants admit that Plaintiff's clams purport to arise out of home and garden pesticide products sold at retail outlets throughout the United States and in the Central District of California. Defendants deny the remaining allegations of Paragraph 2.

3. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 3 and therefore deny the same.

4. Defendants admit that United Industries is a Delaware corporation with its principal place of business at One Rider Trail Plaza Dr., Earth City, MO 63045 and that it sells pesticides throughout the United States, including in the Central District of California. Defendants deny the remaining allegations of Paragraph 4.

5. Defendants admit that Liquid Fence Company was a Delaware corporation with it principal place of business in Missouri, that it was a wholly-owned subsidiary of United Industries, and that Liquid Fence merged into United Industries on or about June 8, 2015. Defendants further deny the remaining allegations of Paragraph 6 and further note that Liquid Fence no longer exists as a corporation.

6. Defendants admit the allegations of Paragraph 6.

7. Defendants admit that Spectrum is the parent company of United Industries. Defendants deny the remaining allegations of Paragraph 7.

8. Defendants state that the allegations of Paragraph 8 are legal conclusions to which no response is required.

9. Defendants admit the allegations of Paragraph 9.

10. Defendants admit that this Court has supplemental jurisdiction over the California state law claims and deny the remaining allegations of Paragraph 10.

11. Defendants admit that this Court has personal jurisdiction over Defendants' Spectrum and United Industries. Defendants deny the remaining allegations of Paragraph 11.

12. Defendants admit that venue is proper in this judicial district.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 13 and therefore deny the same.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 14 and therefore deny the same.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 15 and therefore deny the same.

16. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 16 and therefore deny the same.

17. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegation that EcoSmart pesticides are "bio-pesticides." Defendants admit the remaining allegations of Paragraph 17.

18. Defendants admit the allegations of Paragraph 18.

19. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 19 and therefore deny the same.

20. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 20 and therefore deny the same.

21. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 21 and therefore deny the same.

22. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 22 and therefore deny the same.

23. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 23 and therefore deny the same.

24. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 24 and therefore deny the same.

25. Defendants state that the allegations of Paragraph 25 are legal conclusions to which no response is required.

26. Defendants deny the allegations of Paragraph 26.

27. Defendants deny the allegations of Paragraph 27.

28. Defendants deny the allegations of Paragraph 28.

29. Defendants deny the allegations of Paragraph 29.

30. Defendants deny the allegations of Paragraph 30.

31. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 31 and therefore deny the same.

32. Defendants deny the allegations of Paragraph 32.

33. Defendants deny the allegations of Paragraph 33.

34. Defendants deny the allegations of Paragraph 34.
35. Defendants deny the allegations of Paragraph 35.
36. Defendants deny the allegations of Paragraph 36.
37. Defendants deny the allegations of Paragraph 37.
38. Defendants deny the allegations of Paragraph 38.
39. Defendants deny the allegations of Paragraph 39.
40. Defendants deny the allegations of Paragraph 40.
41. The allegations of Paragraph 41 are subject to Defendants' Motion to Dismiss, which was granted by the Court, therefore no response is required. To the extent that a response is required, Defendants deny same.
42. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 42 and therefore deny the same.
43. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 43 and therefore deny the same.
44. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 44 and therefore deny the same.
45. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 45 and therefore deny the same.
46. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 46 and therefore deny the same.
47. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 47 and therefore deny the same.
48. Defendants deny the allegations of Paragraph 48, including all subparts thereof.

49. Defendants deny the allegations of Paragraph 49.

50. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 50 and therefore deny the same.

51. Defendants deny the allegations of Paragraph 51.

52. Defendants deny the allegations of Paragraph 52.

53. Defendants deny the allegations of Paragraph 53.

54. Defendants deny the allegations of Paragraph 54.

55. Defendants deny the allegations of Paragraph 55.

56. Defendants deny the allegations of Paragraph 56.

57. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 57 and therefore deny the same.

58. Defendants deny the allegations of Paragraph 58.

59. Defendants admit that they had access to some EcoSmart labels, but deny the remaining allegations of Paragraph 59.

60. Defendants deny the allegations of Paragraph 60.

61. Defendants deny the allegations of Paragraph 61.

62. Defendants deny the allegations of Paragraph 62.

63. Defendants deny the allegations of Paragraph 63.

64. Defendants deny the allegations of Paragraph 64.

65. Defendants admit the allegations of Paragraph 65.

66. Defendants deny the allegations of Paragraph 66.

67. Defendants admit the allegations of Paragraph 67.

68. Defendants admit the allegations of Paragraph 68.

69. Defendants deny the allegations of Paragraph 69.

70. Defendants admit the allegations of Paragraph 70.

71. Defendants admit the allegations of Paragraph 71.

72. Defendants deny the allegations of Paragraph 72.

73. Defendants deny the allegations of Paragraph 73.

74. Defendants admit the allegations of Paragraph 74.
75. Defendants deny the allegations of Paragraph 75.
76. Defendants deny the allegations of Paragraph 76.
77. Defendants deny the allegations of Paragraph 77.
78. Defendants deny the allegations of Paragraph 78.
79. Defendants deny the allegations of Paragraph 79.
80. Defendants deny the allegations of Paragraph 80.
81. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 81 and therefore deny the same.
82. Defendants deny the allegations of Paragraph 82.
83. Defendants deny the allegations of Paragraph 83.
84. Defendants deny the allegations of Paragraph 84.
85. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 85 and therefore deny the same.
86. Defendants deny the allegations of Paragraph 86.
87. Defendants deny the allegations of Paragraph 87.
88. Defendants deny the allegations of Paragraph 88.
89. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 89 and therefore deny the same.
90. Defendants deny the allegations of Paragraph 90.
91. Defendants deny the allegations of Paragraph 91.
92. Defendants deny the allegations of Paragraph 92.
93. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 93 and therefore deny the same.
94. Defendants deny the allegations of Paragraph 94.
95. Defendants deny the allegations of Paragraph 95.

| | |
|---|---|
| 1 | 96. Defendants deny the allegations of Paragraph 96. |
| 2 | 97. Defendants deny the allegations of Paragraph 97. |
| 3 | 98. Defendants deny the allegations of Paragraph 98. |
| 4 | 99. Defendants deny the allegations of Paragraph 99. |

96. Defendants deny the allegations of Paragraph 96.
97. Defendants deny the allegations of Paragraph 97.
98. Defendants deny the allegations of Paragraph 98.
99. Defendants deny the allegations of Paragraph 99.
100. Defendants deny the allegations of Paragraph 100.
101. Defendants deny the allegations of Paragraph 101.
102. Defendants deny the allegations of Paragraph 102.
103. Defendants deny the allegations of Paragraph 103.
104. Defendants deny the allegations of Paragraph 104.
105. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 105 and therefore deny the same.
106. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 106 and therefore deny the same.
107. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 107 and therefore deny the same.
108. Defendants admit the allegations of Paragraph 108. (A brand representative for Spectrum responded to comments and reviews on EcoLogic product pages.)
109. Defendants deny the allegations of Paragraph 109.
110. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 110 and therefore deny the same.
111. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 111 and therefore deny the same.
112. Defendants deny the allegations of Paragraph 112.
113. Defendants deny the allegations of Paragraph 113.

114. Defendants deny the allegations of Paragraph 114.

115. Defendants deny the allegations of Paragraph 115.

116. Defendants deny the allegations of Paragraph 116.

117. Defendants deny the allegations of Paragraph 117.

118. Defendants deny the allegations of Paragraph 118.

119. Defendants deny the allegations of Paragraph 119.

120. Defendants deny the allegations of Paragraph 120.

121. Defendants deny the allegations of Paragraph 121.

122. Defendants deny the allegations of Paragraph 122.

123. Defendants deny the allegations of Paragraph 123.

124. Defendants deny the allegations of Paragraph 124.

125. Defendants deny the allegations of Paragraph 125.

126. Defendants repeat and reallege each of their responses to the Paragraphs above as if fully set forth herein.

127. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 127 and therefore deny the same.

128. Defendants deny the allegations of Paragraph 128.

129. Defendants deny the allegations of Paragraph 129.

130. Defendants deny the allegations of Paragraph 130.

131. Defendants deny the allegations of Paragraph 131.

132. Defendants deny the allegations of Paragraph 132.

133. Defendants repeat and reallege each of their responses to the Paragraphs above as if fully set forth herein.

134. Defendants deny the allegations of Paragraph 134.

135. Defendants deny the allegations of Paragraph 135.

136. Defendants deny the allegations of Paragraph 136.

137. Defendants deny the allegations of Paragraph 137.

138. Defendants deny the allegations of Paragraph 138.

139. Defendants deny the allegations of Paragraph 139.

140. Defendants deny the allegations of Paragraph 140.

141. Defendants deny the allegations of Paragraph 142.

142. Defendants deny the allegations of Paragraph 143.

143. Defendants repeat and reallege each of their responses to the Paragraphs above as if fully set forth herein.

144. Defendants deny the allegations of Paragraph 144.

145. Defendants deny the allegations of Paragraph 145.

146. Defendants deny the allegations of Paragraph 146.

147. Defendants deny the allegations of Paragraph 147.

148. Defendants deny the allegations of Paragraph 148.

149. Defendants deny the allegations of Paragraph 149.

150. Defendants deny the allegations of Paragraph 150.

151. Defendants repeat and reallege each of their responses to the Paragraphs above as if fully set forth herein.

152. Defendants deny the allegations of Paragraph 152.

153. Defendants deny the allegations of Paragraph 153.

154. Defendants deny the allegations of Paragraph 154.

155. Defendants deny the allegations of Paragraph 155.

156. Defendants deny the allegations of Paragraph 156.

157. Defendants repeat and reallege each of their responses to the Paragraphs above as if fully set forth herein.

158. The allegations of Paragraph 158 are subject to Defendants' Motion to Dismiss, which was granted by the Court, therefore no response is required. To the extent that a response is required, Defendants deny same.

159. The allegations of Paragraph 159 are subject to Defendants' Motion to Dismiss, which was granted by the Court, therefore no response is required. To the extent that a response is required, Defendants deny same.

160. The allegations of Paragraph 160 are subject to Defendants' Motion to Dismiss, which was granted by the Court, therefore no response is required. To the extent that a response is required, Defendants deny same.

161. The allegations of Paragraph 161 are subject to Defendants' Motion to Dismiss, which was granted by the Court, therefore no response is required. To the extent that a response is required, Defendants deny same.

162. The allegations of Paragraph 162 are subject to Defendants' Motion to Dismiss, which was granted by the Court, therefore no response is required. To the extent that a response is required, Defendants deny same.

163. The allegations of Paragraph 163 are subject to Defendants' Motion to Dismiss, which was granted by the Court, therefore no response is required. To the extent that a response is required, Defendants deny same.

164. Defendants repeat and reallege each of their responses to the Paragraphs above as if fully set forth herein.

165. Defendants deny the allegations of Paragraph 165.

166. Defendants deny the allegations of Paragraph 166.

167. Defendants deny the allegations of Paragraph 167.

168. Defendants deny the allegations of Paragraph 168.

169. Defendants deny the allegations of Paragraph 169.

170. Defendants deny the allegations of Paragraph 170.

The remainder of Plaintiff's First Amended Complaint contains a prayer for relief and not averments of facts for which an answer is required. Insofar as answers are deemed to be required, Defendants deny each and every allegation and further denies that Plaintiff is entitled to relief or damages in any amount whatsoever.

**DEFENDANTS' ADDITIONAL AND AFFIRMATIVE DEFENSES**

Further answering the FAC, Defendants assert, upon information and belief, each and every one of the affirmative defenses listed below as to each cause of action asserted against Defendants (unless otherwise stated) in the FAC. Defendants reserve the right to amend their answer with additional defenses as further information is obtained. While denying each and every allegation, Defendants are informed and believe, and on that basis allege the following:

1. Plaintiff's Complaint, and each Count thereof, fails to state a claim upon which relief can be granted.

2. Plaintiff's Complaint is barred by the equitable defenses of laches, estoppel and/or unclean hands.

3. Plaintiff's Complaint is barred because Plaintiff has not suffered any injury or harm and will not suffer irreparable injury or harm as a result of any action or conduct by Defendants.

4. Plaintiff's Complaint is barred because Plaintiff has voluntarily waived any and all claims against Defendants.

5. Plaintiff's claims are barred, in whole or in part, because there is a crowded field of uses of ECO marks, including for overlapping and related goods, and Plaintiff's rights, if any, are narrowly limited to ECOSMART.

6. Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged trade dress and/or elements of Plaintiff's alleged trade dress are functional and/or generic.

7. Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged trade dress and/or elements of Plaintiff's alleged trade dress consist of commonplace elements that are frequently used in the industry for overlapping and related goods.

8. Plaintiff's claims are barred because Plaintiff's alleged trade dress lacks secondary meaning.

## PRAYER

WHEREFORE Defendants pray for judgment as follows:

1. That Plaintiff takes nothing by way of the FAC;

2. That the FAC and each purported cause of action therein be dismissed with prejudice;

3. For attorneys' fees and cost of suit incurred; and

4. For such other relief as the Court deems just and proper.

Dated: December 21, 2018　　　　　　　ALTO LITIGATION, PC

By: _____
　　　Daniel Sakaguchi

Attorneys for Defendants
UNITED INDUSTRIES
CORPORATION, LIQUID
FENCE COMPANY,
SPECTRUM BRANDS
HOLDINGS, INC.

**Deleted:** ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINTAMENDED ANSWER TO PL