Jeffrey T. Lindgren (CA SBN 176400)
jlindgren@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
1550 Parkside Dr., Suite 130
Walnut Creek, CA  94596
Telephone:  (925) 627-4250
Facsimile:   (925) 403-0900

Attorneys for Plaintiff
KITTRICH CORPORATION


ALTO LITIGATION, PC
Daniel Sakaguchi (Bar No 222722)
daniel@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415)779-2586
Facsimile: (866) 654-7207

Attorneys for Defendants
UNITED INDUSTRIES CORPORATION,
LIQUID FENCE COMPANY, and
SPECTRUM BRANDS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTRICH CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED INDUSTRIES CORPORATION, a Delaware corporation; LIQUID FENCE COMPANY, a Delaware corporation; SPECTRUM BRANDS HOLDINGS, INC., a Delaware corporation, <br><br> Defendants. | Case No: 2:17-cv-06211-DDP-PLA <br><br> **JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Dean D. Pregerson |

Plaintiff Kittrich Corporation ("Kittrich") and Defendants United Industries Corporation ("United Industries"), Liquid Fence Company ("Liquid Fence"), and Spectrum Brands Holdings, Incorporated ("Spectrum") (collectively "Defendants" and along with Kittrich the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties have agreed to the terms of settlement and are finalizing the settlement agreement that will fully resolve this matter. The Parties jointly move the Court to stay all unreached deadlines set forth in the Scheduling Order [ECF #80] for thirty (30) days based on this notice of settlement.

Good cause exists for this requested thirty (30) day stay of all unreached deadlines set forth in the Scheduling Order [ECF #80] based on the following grounds. The Parties have agreed to the terms of settlement of this action, are working to finalize the settlement agreement that fully resolves this matter, and need additional time to perform the obligations under the settlement agreement and file the dismissal papers.  The Parties reasonably believe that the settlement agreement will be executed within the next seven (7) days.

For the foregoing reasons, the Parties respectfully request the Court to stay all unreached deadlines set forth in the Scheduling Order [ECF #80] for thirty (30) days based on this notice of settlement as set forth herein.

DATED: May 30, 2019        Respectfully Submitted,


By:  /s/ Jeffrey T. Lindgren
     Jeffrey T. Lindgren
     VASQUEZ BENISEK & LINDGREN LLP

     Attorneys for Plaintiff Kittrich Corp.


DATED: May 30, 2019        Respectfully Submitted,


By:  /s/ Daniel Sakaguchi
     Daniel Sakaguchi
     ALTO LITIGATION, PC

     Attorneys for Defendants United Industries Corporation, Liquid Fence Company, and Spectrum Brands Holding, Inc.