Jeffrey T. Lindgren (CA SBN 176400)
jlindgren@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
1550 Parkside Dr., Suite 130
Walnut Creek, CA  94596
Telephone:   (925) 627-4250
Facsimile:    (925) 403-0900

Attorneys for Plaintiff
KITTRICH CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTRICH CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED INDUSTRIES CORPORATION, a Delaware corporation; LIQUID FENCE COMPANY, a Delaware corporation; SPECTRUM BRANDS HOLDINGS, INC., a Delaware corporation,<br><br>Defendants. | Case No: 2:17-cv-06211-DDP-PLA<br><br>**REQUEST FOR THE COURT TO WITHDRAW ECF NO. 111 FROM THE DOCKET**<br><br>Judge: Hon. Dean D. Pregerson |

Plaintiff Kittrich Corporation requests the Court to withdraw ECF No. 111 from the docket.  ECF No. 111 was filed error and should be removed from the docket.

DATED:  May 30, 2019          Respectfully Submitted,


                              By:   /s/ Jeffrey T. Lindgren_____
                                    Jeffrey T. Lindgren
                                    VASQUEZ BENISEK & LINDGREN LLP

                                    Attorneys for Plaintiff Kittrich Corp.