1  Jeffrey T. Lindgren (CA SBN 176400)
2  jlindgren@vbllaw.com
   VASQUEZ BENISEK & LINDGREN LLP
3  1550 Parkside Drive, Suite 130
   Walnut Creek, CA 94596
4  Telephone:   (925) 627-4250
   Facsimile:    (925) 403-0900
5
6  Attorneys for Plaintiff
   KITTRICH CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  KITTRICH CORPORATION, | Case No: 2:17-cv-06211-DDP-PLA |
| 12  a California corporation, | **[PROPOSED] ORDER** |
| 13              Plaintiff, | Judge: Hon. Dean D. Pregerson |
| 14        v. | |
| 15  UNITED INDUSTRIES | |
| 16  CORPORATION, a Delaware corporation; LIQUID FENCE | |
| 17  COMPANY, a Delaware corporation; SPECTRUM BRANDS | |
| 18  HOLDINGS, INC., a Delaware corporation, | |
| 19 | |
| 20              Defendants. | |
| 21 | |

22        **IT IS HEREBY ORDERED** Defendants' Request for withdrawal of

23  ECF No. 111 from the docket is GRANTED.

24

25

26        **IT IS SO ORDERED.**

27

28                                          _____
                                            Hon. Dean D. Pregerson

[PROPOSED] ORDER